AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KYLE MOORE, *individually and on behalf of those similarly situated*
    Plaintiff

v.   Civil Action No. 4:21-cv-71

BACCHUS WINERY, GOLF, AND VINEYARD LLC
*doing business as* Whyte Horse Winery

BETH ANN THOMAS-ADAIR

AMANDA THOMAS-CRAIN
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:  The Settlement Agreement is GRANTED.  This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Philip P. Simon   on   Joint Motion for Settlement

DATE:   5/26/2022

GARY T. BELL, CLERK OF COURT

by   s/S. Kowalsky
*Signature of Clerk or Deputy Clerk*